**Film Title: London Has Fallen**
**Rights Owner: LHF Productions, Inc.**

| | SHA-1 Hash:<br>6B30D9F4FB05238053EA9201DDC079FF27923D59 | | | | |
|---|---|---|---|---|---|
| John Doe Number | IP Address | Port | Infringement Date/Time (yr/m/d)/ UTC | ISP | General Vicinity of Connection in Jurisdiction |
| 1 | 71.229.215.66 | 61982 | 2016-08-27 15:15:55 | Comcast Cable | Littleton |
| 2 | 67.164.178.253 | 60888 | 2016-08-26 14:08:36 | Comcast Cable | Denver |
| 3 | 24.9.121.146 | 50321 | 2016-08-25 15:13:10 | Comcast Cable | Fort Collins |
| 4 | 73.34.25.24 | 50321 | 2016-08-23 00:16:32 | Comcast Cable | Arvada |
| 5 | 24.8.1.211 | 53099 | 2016-08-21 00:44:19 | Comcast Cable | Aurora |
| 6 | 75.71.1.96 | 24231 | 2016-08-20 23:39:35 | Comcast Cable | Avon |
| 7 | 73.229.195.105 | 25269 | 2016-08-19 21:55:44 | Comcast Cable | Colorado Springs |
| 8 | 71.237.118.110 | 60288 | 2016-08-19 14:15:03 | Comcast Cable | Denver |
| 9 | 73.203.8.51 | 56858 | 2016-08-17 05:46:33 | Comcast Cable | Snowmass Village |
| 10 | 73.169.54.130 | 25120 | 2016-08-15 04:33:44 | Comcast Cable | Aurora |
| 11 | 67.176.120.255 | 64980 | 2016-08-14 01:01:26 | Comcast Cable | Littleton |
| 12 | 73.14.207.239 | 62710 | 2016-08-12 00:29:28 | Comcast Cable | Monument |
| 13 | 75.70.179.226 | 60036 | 2016-08-10 02:07:40 | Comcast Cable | Aurora |
| 14 | 67.174.123.238 | 54144 | 2016-08-08 03:56:12 | Comcast Cable | Breckenridge |
| 15 | 75.71.155.226 | 42488 | 2016-08-08 02:34:22 | Comcast Cable | Parker |
| 16 | 75.71.58.38 | 50745 | 2016-08-07 01:48:40 | Comcast Cable | Colorado Springs |
| 17 | 73.34.13.115 | 38890 | 2016-07-31 01:06:36 | Comcast Cable | Denver |
| 18 | 24.8.95.34 | 26088 | 2016-07-29 23:16:30 | Comcast Cable | Denver |

EXHIBIT 1